James O. PRESTON, Respt., v. Arthur M. COX et al., Applts. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Settle order on notice.

Fabian PRZESPOLEWSKI, an infant, etc., respt. v. AMERICAN LOCOMOTIVE CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION, etc., for the appointment of three commissioners, etc. Bushwick Station—East New York Route (Route No. 59). (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order confirmed, and allowance for commissioners determined.

In the Matter of The PUBLIC SERVICE COMMISSION, in re EAST 138TH STREET. The Ebling Co., Applt.; City of New York, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Waldo D. PUTNAM, Respt., v. INTERIOR METAL MANUFACTURING CO., Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed. See, also, 169 App. Div. 248, 154 N. Y. Supp. 464.

Mary K. PUTNAM, applt., v. Caroline C. PUTNAM, et al., respts. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant serves printed record by May 11th and printed brief by May 18th. Respondent's brief to be served by May 22d, and case argued as soon thereafter as reached in regular order.

Carlo QUAGLIOTTA, Respt., v. STANDARD ARCH CO., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

QUEEN CITY BRICK CO., Inc., respt., v. Max L. LEVINE et al., applts. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Appeal dismissed unless appellants file and serve brief and be ready for argument by May 25th.

QUEEN CITY BRICK CO., respt., v. Max L. LEVINE, imp., etc., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with one bill of costs. Held: 1. That the finding of the trial court that the delay was occasioned by the fault of both the owner and contractor is sustained in the proof and destroys all force of the stipulated damage clause in the contract. Mosler Safe Co. v. Midland Lane S. D. Co., 199 N. Y. 479, 93 N. E. 81, 37 L. R. A. (N. S.) 363. 2. That inasmuch as the total claims allowed, with interest, do not equal the amount unpaid on the contract and for extras, the allowance of interest presents no error. All concur.

In the Matter of the appraisal of the estate of Susan E. QUINBY, deceased, under the acts in relation to the taxable transfers of property. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Charles E. QUINCEY et al. as Ex'rs., etc., Respts., v. Joseph H. EMERY, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, with $10 costs and disbursements, and motion granted to extent stated in order. No opinion. Order filed.

Peter RALPH, an infant, by Joseph H. Ralph, his guardian ad litem, plaintiff, v. Jeremiah F. RYAN, defendant. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Motion denied, upon condition that defendant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Rose RAPPAPORT, Respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $1,500, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. No opinion. Settle order on notice.

Frank RAVOLD, respondent, v. Louise J. HAMM, as administratrix, etc., appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, without costs.

William E. REDDING, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs, on the authority of Williams v. City of New York, 214 N. Y. 259, 108 N. E. 448. Clarke, P. J., and McLaughlin, J., dissenting. Order filed.

Samuel REDWITZ, respt., v. NEW YORK CENTRAL RAILROAD CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence on the question of the settlement. All concur, except Kruse, P. J., and Lambert, J., who dissent.

Kate REILLY, as administratrix, etc., appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY and Jobson-

Gifford Company, respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Kate REILLY, as administratrix, etc., appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY and Jobson-Gifford Company, respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Motion for reargument denied, without costs.

Thomas REILLY, respt., v. Louis TAMER, applt. (Supreme Court, Appellate Division. Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Louis REITMAN, Respt., v. Frederick SOBEL, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the matter of the application of George E. REYNOLDS for admission to the bar. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Application granted.

Anna P. RIBOT et al., as Admrs., v. NEW YORK RAILWAYS CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion granted. Settle order on notice.

Anna P. RIBOT et al., as Admrs., etc., Respts., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George L. RICE, applt., v. Burt L. GIDDINGS, respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed unless appellant serve proposed case by May 12th, and file and serve printed record and brief on appeal by May 22d.

George L. RICE, applt., v. Burt L. GIDDINGS, respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Order affirmed with costs. All concur.

Clark H. RICE, respt., v. POSTAL TELEGRAPH-CABLE CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals granted and questions for review certified.

RICHMOND ASSETS COLLECTING COMPANY, appellant, v. Jules E. BACHE et al., respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

RICHMOND ASSETS COLLECTING CO. v. Maurice M. STERNBERGER. (Supreme

Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Meyer RINGE, an inft., etc., Respt., v. John BEAVER, as Recr., etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

RIVERDALE REALTY CO., Applt., v. The CITY OF NEW YORK et al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Clarke, P. J., dissenting. Order filed.

Hugh H. ROBINSON, applt., v. Brayton D. BROWN and one, respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur.

ROBERTS, NASH & COMPANY, respondent, v. NASSAU & SUFFOLK LIGHTING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

Louis ROBISON, appellant, v. George WALTER, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) The defendant should state what deeds, other than those set out in the answer, he relies upon to show restrictive covenants and agreements. If he will offer no others at the trial, he may so state. The order is reversed, without costs, and the motion so far as stated granted, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

William H. ROE and John J. Roe, as administrators, etc., of Caroline E. Roe, deceased, respondents, v. S. Annie MILLS, as administratrix, etc., of S. Decatur Hawkins, deceased, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment affirmed, with costs, No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

ROLLS–ROYCE, Limited, Respt., v. Mary A. J. DEVLIN, Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

ROSENTHAL PAPER CO. v. NAT. FOLDING BOX & PAPER CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

Frederick J. ROSS, applt., v. A. A. ENGLE LUMBER CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.